UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dionne Jermaine Stokes,   Case No. 3:22-cv-584

    Plaintiff,

v.   MEMORANDUM OPINION
   AND ORDER

Commissioner of Social Security Administration,

    Defendant.

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Darrell A. Clay filed on February 17, 2023. (Doc. No. 16). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Clay's R & R, I adopt it in its entirety as the Order of the Court. I agree that the ALJ's residual functional capacity ("RFC") assessment is supported by substantial evidence. Specifically, in evaluating Plaintiff's RFC, the ALJ appropriately considered Plaintiff's obesity and accounted for her mental limitations. Further, substantial evidence supports the manipulative and postural limitations found in the ALJ's RFC. Therefore, I affirm the Commissioner's decision, as recommended by Judge Clay, and close this case.

    So Ordered.

                                                s/ Jeffrey J. Helmick
                                                United States District Judge